# EXHIBIT 3

# AMERICAN ARBITRATION ASSOCIATION
# ONLINE FILING ACKNOWLEDGEMENT

This confirmation serves as the Demand for Arbitration or Request for Mediation for this filing.
To institute proceedings, please send a copy of this form and the parties' dispute resolution agreement to the opposing party.
**Case # : 01-17-0001-5149**
This will acknowledge receipt of a request for dispute resolution services for the claim and parties detailed below.

| | |
|---|---|
| This claim has been filed for | Arbitration |
| This matter has been filed in accordance with | Consumer Arbitration Rules |
| The fee paid at the time of filing was | $200.00 |
| This request was received by the AAA on | 14-Mar-2017 |

**Claim Description**
Claimant alleges violations of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA").

| | |
|---|---|
| Claim Amount | $0.00 |
| Do you have a Non-monetary aspect to your claim? | Y |
| Additional Damages | |
| | Amount |
| Requested Hearing Locale | Cordova, Tennessee, United States of America |
| **Fee Schedule Option** | Standard |
| **ADR Agreement** | |

**Parties and Representatives**

**Party 1**

| | |
|---|---|
| Category | Consumer |
| Name | Johnnie Williams, Jr. |
| Company Name | |
| Address | 10224 Brimhill Cove |
| | Cordova, TN 38016 |
| Phone | (901)319-6319 |
| Fax | |
| Email | |
| The Party is the | Individual |

**Representative 1**

| | |
|---|---|
| Name | Shaughn C. Hill |
| Firm Name | Morgan & Morgan, PA |
| Address | One Tampa City Center |
| | 201 North Franklin Street |
| | 7th Floor |
| | Tampa, FL 33602 |
| Phone | (813)225-6740 |
| Fax | ()- |
| Email | SHill@ForThePeople.com |

**Party 2**

| | |
|---|---|
| Category Name | Business |
| Company Name | Conn Appliances, Inc. |
| Address | c/o CT Corporation System<br>1999 Bryan Street, Ste. 900<br>Dallas, TX 75201 |
| Phone | |
| Fax | |
| Email | |
| The Party is the | Company |

**Representative 2**

| | |
|---|---|
| Name | Stefanie H. Jackman |
| Firm Name | Ballard Spahr LLP |
| Address | 999 Peachtree Street<br>Suite 1000<br>Atlanta, GA 30309 |
| Phone | (678)420-9300 |
| Fax | ()- |
| Email | jackmans@ballardspahr.com; whiteb@ballardspahr.com |