# EXHIBIT 4

AMERICAN ARBITRATION ASSOCIATION

JOHNNIE WILLIAMS, JR.,

    Claimant,

        v.                                    CASE NO.: 01-17-0001-5149

CONN APPLIANCES, INC.,

    Respondent.

_____/

<b><u>CLAIMANT'S AMENDED ITEMIZATION OF DAMAGES</u></b>

COMES NOW, the Claimant, Johnnie Williams, Jr., by and through his undersigned attorney and hereby files this itemization of damages and states as follows:

Claimant is claiming a total of $1,882,500.00 in damages, which is representative of statutory damages of $1,500.00 per call for an estimated 1,255 automated calls (inclusive of 29 automated text messages) Claimant received from Respondent in violation of the Telephone Consumer Protection Act, 47 U.S.C. §227 ("TCPA").  Claimant further suffered damages from the stress, anxiety and frustration caused by the calls received in violation of the TCPA.  Claimant does not have a calculation as to the monetary amount of his actual damages and intends to leave said calculation to the determination of the Arbitrator.

Dated:  March 16, 2018

                                              <b><u><i>/s/Shaughn C. Hill, Esquire</i></u></b>
                                              Shaughn C. Hill, Esquire
                                              Florida Bar #: 105998
                                              Morgan & Morgan, Tampa, P.A.
                                              One Tampa City Center
                                              201 North Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Telephone: (813) 223-5505
                                              Facsimile:  (813) 223-5402
                                              shill@forthepeople.com

        lcrouch@forthepeople.com
        Counsel for Claimant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by electronic mail this 16th day of March, 2018 to:

Stefanie Jackman, Esq.
Daniel Delnero, Esq.
BALLARD SPAHR LLP
999 Peachtree Street, Suite 1000
Atlanta, GA 30309
Telephone: (678) 420-9300
Facsimile: (678) 420-9301
Counsel for Respondent Conn Appliances, Inc.

Cc: Marina Cortes, Case Administrator

        */s/Shaughn C. Hill, Esquire*
        Shaughn C. Hill, Esquire
        Florida Bar #: 105998