United States District Court
Southern District of Texas
**ENTERED**
October 17, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| CONN APPLIANCES, INC., § § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-03087 |
| § § | |
| JOHNNIE F WILLIAMS JR., § § | |
| Defendant. § | |

## ORDER

Before the Court is the Motion Requesting Service by Marshal filed by Plaintiff Conn Appliances, Inc. (hereinafter, "Plaintiff's Motion") (Doc. No. 12). At a Motion Hearing on October 16, 2018, Defendant Johnnie F. Williams represented in open court that he would accept service by a private process server. Therefore, Plaintiff's Motion is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 16th day of October, 2018.

_____
HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE