United States District Court
Southern District of Texas
**ENTERED**
February 11, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| CONN APPLIANCES, INC., § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:18-CV-03087 |
| § | |
| JOHNNIE F WILLIAMS JR., § | |
| § | |
| Defendant. § | |

# FINAL JUDGMENT

Plaintiff Conn Appliances, Inc. brought this suit against Johnnie F. Williams, Jr. to set aside and vacate an arbitration award. (Doc. No. 1.) Defendant Williams filed a Motion to Dismiss. (Doc. No. 6.) The Court granted Defendant's Motion to Dismiss at a hearing on February 7, 2019.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant Williams.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 11th day of February, 2019.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE